IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ⎯⎯ D.C.

05 APR 18 PM 1:26

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN-JACKSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                    Case No. 1:04cr10064-11

JIMMY RUSSELL BARRETT

Defendant.

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $5000.00/10%= $500.00)appearance bond (receipt J27563) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to: Jimmy Barrett, 2295 Hwy 69 N, Paris, TN 38242; in full refund of the cash appearance bond posted herein.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 18 April 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY:_____
     Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CR-10064 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT